

NUMBER 13-13-00330-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

LA JOYA HOUSING
AUTHORITY,                                                          Appellant,

v.

CHASE HOME FINANCE, LLC
AND CHASE MANHATTAN
MORTGAGE CORPORATION,                                      Appellees.

On appeal from the 139th District Court
of Hidalgo County, Texas.

# MEMORANDUM OPINION

Before Justices Rodriguez, Benavides, and Longoria
Memorandum Opinion Per Curiam

Appellant, La Joya Housing Authority, perfected an appeal from a judgment entered by the 139th District Court of Hidalgo County, Texas, in cause number C-1417-07-C. The parties have filed an agreed motion to dismiss the appeal on grounds

that all matters in controversy between them in this cause have been settled. The parties request that this Court dismiss the appeal.

The Court, having considered the documents on file and the agreed motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The agreed motion to dismiss is GRANTED, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
5th day of September, 2013.